Patrick J. Schurr
State Bar No. 17853530
Patrick.schurr@solidcounsel.com
SCHEEF & STONE, L.L.P.
2600 Network Boulevard
Suite 400
Frisco, Texas 75034
Telephone: 214.472.2100
Telecopier: 214.472.2150

ATTORNEYS FOR THE DEFENDANTS

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

| | |
|---|---|
| **ALI CHOUDHRI,** | § |
| *Plaintiff,* | § |
| vs. | § CIVIL ACTION NO. 3:18-cv-00318 |
| **ACM UNITED, L.L.C.; MATTHEW LAYTON and RICHARD J. WALLACE, III,** | § |
| *Defendants.* | § |

### NOTICE OF REMOVAL

COMES NOW Defendants ACM United, L.L.C. ("ACM"), Matthew Layton ("Layton") and Richard J. Wallace, III ("Wallace")(ACM, Layton and Wallace are collectively referred to herein as the "Defendants") and would show the Court as follows:

### I.

1.  This Notice of Removal is filed pursuant to 28 U.S.C. §1332(a)(1) and §1441(b).

### II.

2.  On August 6, 2018, Plaintiff Ali Choudhri ("Choudhri") filed a lawsuit in the 10th Judicial District for Galveston County, styled *Ali Choudhri vs. ACM United, L.L.C.; Matthew Layton and Richard J. Wallace, III,* cause no. 18-CV-1057 (the "State Court Action").

**NOTICE OF REMOVAL** – PAGE 1
n:\pschurr\acm\2018.10.08 notice removal.docx

### III.

3. Defendant ACM was served with the petition in the State Court Action on September 6, 2018.

4. Defendant Layton was served with the petition in the State Court on September 7, 2018.

5. Defendant Wallace was served with the Petition in the State Court Action on September 6, 2018.

### IV.

6. Defendant ACM is a limited liability company organized under the laws of the State of Delaware. Its sole member, ACM United Holdco L.L.C., is a limited liability company organized under the laws of the State of Delaware and its principal place of business is located in New York, New York.

7. Defendant Layton is a citizen of the State of New York.

8. Defendant Wallace is a citizen of the State of Texas, however, his citizenship can be disregarded for purposes of determining jurisdiction under 28 U.S.C. §§1332 and 1441(b) diversity as he is not a necessary party to this litigation and Plaintiff cannot establish liability against Defendant Wallace in his capacity as substitute trustee under Texas law.

### V.

9. Plaintiff is the borrower under that certain promissory note owned by the Defendant ACM.

10. Defendants Wallace and Layton are individuals.

11. Defendants are represented by the undersigned counsel.

**VI.**

12.	Defendants hereby remove the State Court Action pursuant to 28 U.S.C. §1332(a)(1) and §1441(b) in that it is a civil action between citizens of different states and the matter in controversy exceed the sum of $75,000, exclusive of interest based on the Plaintiff's pleadings in its First Amended Petition, attached hereto.

**VII.**

13.	This Court has jurisdiction over the removed State Court Action pursuant to 28 U.S.C. §§1332(a)(1).

**VIII.**

14.	The State Court Action is pending within this District.

**IX.**

15.	This Notice of Removal is timely filed.

**X.**

16.	A copy of this Notice of Removal will be filed in the State Court Action.

**XI.**

17.	Attached hereto as the Appendix are copies of all pleadings filed in the State Court Action, orders of the State Court, and the returns of service on the Defendants pursuant to Local Rule 81.

WHEREFORE, PREMISES CONSDIDERED, Defendants respectfully request that the State Court Action be removed to the United States District Court for the Southern District of Texas, Galveston Division and for such other relief as is proper.

Respectfully submitted this the 9th day of October, 2018.

        **SCHEEF & STONE, L.L.P.**
        2600 Network Boulevard
        Suite 400
        Frisco, Texas 75034
        Telephone: 214.472.2100
        Telecopier: 214.472.2150


        By: /s/ Patrick J. Schurr
            Patrick J. Schurr
            State Bar No. 17853530
            Patrick.schurr@solidcounsel.com

        ***ATTORNEYS FOR DEFENDANTS ACM UNITED, L.LC.; RICHARD J. WALLACE, III; AND MATTHEW LAYTON***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was served upon counsel for the Plaintiff, Lee Keller King, 416 Westheimer, Houston, Texas 77006, via electronic mail lee@houstonlegal.services, on this the 9th day of October, 2018.

        /s/ Patrick J. Schurr